# United States District Court
## Eastern District of Wisconsin

RONALD CARTER

    v.

RANDY HEPP, Warden,
Jackson Correctional Institution

**JUDGMENT IN A CIVIL CASE**

Case No. 02-C-968

This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED** that respondent Randy Hepp, Warden at Jackson Correctional Institution, be and hereby is substituted in place of Thomas Karlin.

**IT IS FURTHER ORDERED AND ADJUDGED** that the petitioner's petition for a writ of habeas corpus be and hereby is denied.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and hereby is dismissed.

Approved by me this 28th day of June, 2005.

        s/Patricia J. Gorence
        PATRICIA J. GORENCE
        United States Magistrate Judge

June 28, 2005          SOFRON B. NEDILSKY
Date          Clerk

        s/Nancy Monzingo
        (By) Deputy Clerk